# Craig *v.* City of Birmingham.

### Violating Municipal Ordinance.

### (Decided May 30, 1916.   71 South. 983.)

**Appeal and Error; Assignments of Error; Municipal Corporation.—** An appeal from a conviction of violating a municipal ordinance, although quasi criminal in its nature and statutory, is not governed by the provisions of § 6264, Code 1907, and when an appeal is taken errors must be assigned of record, otherwise the judgment will be affirmed for want of assignment of errors.

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

H. E. Craig was convicted of violating a municipal ordinance in the city of Birmingham, and he appeals, but assigns no errors on the record. Appellee moves for an affirmance upon that ground. Affirmed.

[Gray v. Town of Clanton.]

J. W. DAVIDSON, for appellant.   W. A. JENKINS, for appellee.

EVANS, J.—This is an appeal from a judgment of conviction for the violation of a municipal ordinance.  The appellant assigns no error upon the record.

The prosecution for a violation of a municipal ordinance is statutory and quasi criminal in its nature.  Section 6264, Code 1907, obviating the necessity of assigning errors in criminal cases, has no application to quasi criminal appeals, as for the violation of an ordinance of a municipal corporation.—*Perry v. State,* 1 Ala. App. 253, 55 South. 1035; *Dreyfus v. City of Montgomery,* 4 Ala. App. 270, 58 South. 730; *Creel v. City of Jasper,* 69 South. 239.

Appellee's motion to affirm, it follows, is well taken, and the judgment of the court below is accordingly affirmed.

Affirmed.